| | |
|---|---|
| 1 | REICH & BINSTOCK, LLP |
| 2 | 4265 SAN FELIPE, SUITE 1000<br>HOUSTON, TX 77027 |
| 3 | Dennis J. Reich, TX Bar No. 16739600<br>Robert J. Binstock, TX Bar No. 02328350 |
| 4 | Debbie L. Ziegler, TX Bar No. 12219200 |
| 5 | Telephone: (713) 622-7271<br>Facsimile: (713) 623-8724 |

Attorneys for Plaintiffs, TED PENNINGTON, JR. and CHRISTINE PENNINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. C-07-1747 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| TED PENNINGTON, JR., individually, and CHRISTINE PENNINGTON, spouse,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Ted Pennington, Jr. and Christine Pennington, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DISMISSAL

1  DATED: August 31, 2009

2                                REICH & BINSTOCK, LLP

4                                By: /s/ Debbie J. Ziegler

6                                Dennis J. Reich, TX Bar No. 16739600
                                 Robert J. Binstock, TX Bar No. 02328350
7                                Debbie L. Ziegler, TX Bar No. 12219200
                                 4265 San Felipe Blvd, Suite 1000
8                                Houston, Texas 77027
                                 Telephone: (713) 622-7271
9                                Facsimile: (713) 623-8724

11                               Attorneys for Plaintiff

13  DATED: Oct. 22, 2009         DLA PIPER LLP (US)

15                               By: /s/
                                     Matt Holian
16                               Attorneys for Defendants

19
20  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

22  Dated: OCT 2 8 2009

23                               Hon. Charles R. Breyer
                                 United States District Court

DISMISSAL